IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID R. CHISHOLM,

    Plaintiff,

v.  :  NO. MJG-02-CV-1245

McCOWN DeLEEUW AND COMPANY,
OSI COLLECTION SERVICES, INC.,
OUTSOURCING SOLUTIONS, INC.
    and
PAYCO AMERICAN CORP.,   :   (Proceedings To Remand For
      Improper Removal from
    Defendants      Circuit Court for Baltimore
      County Maryland)

## ORDER

AND NOW, this 6th day of May, 2002, upon consideration of the Motion for an Extension of Time for Plaintiff to File a Motion for Remand to State Court, and any response thereto, it is hereby ordered, adjudged and decreed that said motion is GRANTED, and that Plaintiff shall have until May 3, 2002 to file said Motion.

*Nunc pro tunc to April 26, 2002

BY THE COURT:

_____