FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 16  P 6: 53

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID R. CHISHOLM                    *

          Plaintiff                  *

          vs.                        *      CIVIL ACTION NO. MJG-02-1245

McCOWN De LEEUW and COMPANY,         *
et al.
          Defendants                 *

*        *        *        *         *        *        *        *        *

## MEMORANDUM AND ORDER

The Court has before it 1) Plaintiff's Motion in Opposition to Removal [i.e. Motion to Remand], 2) Plaintiff's Motion For Leave to File a First Amended Complaint, 3) Defendant McCown De Leeuw & Co., LLC's Motion to Dismiss, and the materials submitted relating thereto.  The Court finds that a hearing is unnecessary.

## I.   REMAND

This case was filed in the Circuit Court for Baltimore County on March 4, 2002.  The Defendants were served with the Complaint on several dates between approximately March 18 to March 27, 2002.  The case was timely removed by two Defendants on April 9, 2002.  28 U.S.C. § 1446(a).  The third Defendant timely consented to the removal on April 12, 2002.

Plaintiff, proceeding pro se, appears to misunderstand that a Defendant over whom the Maryland courts can have jurisdiction



may, nevertheless, be entitled to removal to federal court.   In
any event, the case was properly removed and will not be
remanded.

## II.   **AMENDMENT**

Plaintiff, possibly in an effort to avoid federal
jurisdiction, seeks to file a First Amended Complaint adding an
individual named "Phil Reid" as a party Defendant.   The First
Amended Complaint appears to differ from the Complaint only by
virtue of the fact that Mr. Reid is named in the caption.   There
is no specific allegation as to Mr. Reid's actions or role in the
case.   Accordingly, there is no adequate pleading of a claim
against Mr. Reid and the proffered pleading would be futile.

Finally, the Court notes that, according to Defendants, Mr.
Reid is a citizen of Maryland.   If that is true, the addition of
Mr. Reid as a party Defendant would not destroy diversity since
the Plaintiff is identified as a citizen of the District of
Columbia.   It is unnecessary, therefore, to consider whether the
post removal addition of a party destroying diversity would
require remand.

2

III. <u>DISMISSAL</u>

The Court has before it Defendant McCown De Leeuw & Co., LLC's Motion to Dismiss to which no opposition has been filed. The motion appears meritorious and is unopposed. Indeed, it is impossible to discern what Plaintiff alleges that Defendant McCown De Leeuw & Co., LLC did causing compensable damages to him. Under these circumstances, the Court will grant the motion.

IV.    <u>CONCLUSION</u>

For the foregoing reasons:

1.    Plaintiff's Motion in Opposition to Removal [i.e. Motion to Remand] is DENIED.

2.    Plaintiff's Motion For Leave to File a First Amended Complaint is DENIED.

3.    Defendant McCown De Leeuw & Co., LLC's Motion to Dismiss is GRANTED.

4.    The case shall proceed in this Court against the remaining Defendants pursuant to the Scheduling Order issued herewith.

SO ORDERED this _15th_ day of July, 2002.

_____
Marvin J. Garbis
United States District Judge

3