FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 17 P 2:22

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID R. CHISHOLM, ) | |
| Plaintiff, ) | |
| vs. ) | Civil No. **MJG 02 CV 1245** |
| McCOWN DE LEEUW ) | |
| AND COMPANY, ET AL., ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time to File Dispositive Motions, and the grounds stated therefore, it is on this 17th day of December, 2002 hereby ORDERED that the deadline for the filing of dispositive motions be extended to February 7, 2003.

_____
United States District Judge