IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DAVID R. CHISHOLM, | : |
| Plaintiff, | : |
| v. | : NO. MJG-02-CV-1245 |
| McCOWN DeLEEUW AND COMPANY, OSI COLLECTION SERVICES, INC., OUTSOURCING SOLUTIONS, INC. and PAYCO AMERICAN CORP., | : (Proceedings To Dismiss) |
| Defendants | : |

### ORDER

AND NOW, this 14th day of January, 2003, upon consideration of the Motion for an Extension of Time for Plaintiff to File a Motion in Opposition to Motion to Dismiss, and any response thereto, it is hereby ordered, adjudged and decreed that said motion is GRANTED, and that Plaintiff shall have until January 17, 2003 to file said Motion.

BY THE COURT:

_____