IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID R. CLUNAN  *

    Plaintiff  *

    vs.  *  CIVIL ACTION NO. MJG-02-1245

McCOWN DeLEEUW and COMPANY,  *
et al.

    Defendants  *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER EXTENDING DEADLINES

It appears that Defendants' Motion to Dismiss is pending, that Defendants claim that Plaintiff has not met his discovery obligations and that the dispositive motion deadline is approaching. Under the circumstances, it is most appropriate to resolve discovery related controversies, including the dismissal motion, before requiring Defendants to prepare any summary judgment motion.

Accordingly:

1. Plaintiff, as requested, has been provided an extension of the deadline to respond to the pending dismissal motion to January 17, 2003.

2. The deadline for filing dispositive motions is hereby extended to a date to be set by further Order.

So ORDERED this 14th day of January, 2003

                  Marvin J. Garbis
                United States District Judge