```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND

DAVID R. CHISHOLM                  *

          Plaintiff                *

     vs.                           *    CIVIL ACTION NO. MJG-02-1245

McCOWN DeLEEUW and COMPANY,        *
et al.
          Defendants               *

*     *     *     *     *     *     *     *     *
```

### MEMORANDUM AND ORDER

The Court has before it Defendants' Motion to Dismiss to which no timely opposition has been filed.

In this case, Plaintiff has repeatedly failed to meet his obligations. Defendants were forced to file the instant motion to seek judicial assistance to get the Plaintiff to pay appropriate attention to the case. Plaintiff, although requesting and receiving an extension of time, simply failed to respond to the instant motion.

Under the circumstances, the Court must take definitive action.

Accordingly:

1. Defendants' Motion to Dismiss is GRANTED.

2. Plaintiff's claims are hereby dismissed with prejudice.

3. The case shall proceed solely on the Counterclaim.

    4.    The deadline for summary judgment motions is hereby extended to March 3, 2003.

SO ORDERED THIS *30th* DAY OF January, 2003

                                            */s/ Marvin J. Garbis*
                                            Marvin J. Garbis
                                      United States District Judge