FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 10  P 2: 40

AT BALTIMORE

_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID R. CHISHOLM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. **MJG 02 CV 1245** |
| ) | |
| McCOWN DE LEEUW ) | |
| AND COMPANY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and (c), Defendants OSI Collection Services, Inc., Outsourcing Solutions Inc., and Payco American Corp. (now known as OSI Support Services, Inc.) (collectively "Defendants") give notice of the dismissal without prejudice of their Counterclaim in the above-captioned action. In support of this notice, Defendants state as follows:

On April 16, 2002, Defendants filed an Answer and Counterclaim against Defendant, David R. Chisholm. To date, Plaintiff has failed to answer or otherwise file a pleading in response to Defendants' Counterclaim.

Respectfully submitted,

BRYAN CAVE LLP

By _____
William C. Edgar, Bar No.11668
700 Thirteenth Street, N.W., Suite 700

_Ordered_ this 6th day of February 2003

_____
**Marvin J. Garbis**
**United States District Judge**

Washington, DC  20005-3960
Phone:  (202) 508-6000
Fax:      (202) 508-6200

*Counsel for Defendants Outsourcing Solutions Inc., OSI Collection Services, Inc. and Payco American Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served this 4th day of February 2003 by First Class Mail to:

>David R. Chisholm
>4501 Connecticut Avenue
>Apt. 308
>Washington, DC 20008

>*Plaintiff*

_____
Rebecca A. Ford